DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARCELO VILLANUEVA ESCOBAR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3230

[December 26, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey D. Gillen, Judge; L.T. Case No. 50-2012-CF-005137-AXXX-MB.

Marcelo Villanueva Escobar, Mayo, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***